THE STATE OF OHIO, APPELLANT, *v.* SIMONS, APPELLEE.

[Cite as *State v. Simons,* 132 Ohio St.3d 411, 2012-Ohio-3213.]

(No. 2011–0990—Submitted July 11, 2012—Decided July 18, 2012.)

———————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Davis,* 132 Ohio St.3d 25, 2012-Ohio-1654, 968 N.E.2d 466.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

———————

Nick A. Selvaggio, Champaign County Prosecuting Attorney, for appellant.

Carl R. Simons, pro se.